IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHMAD WILLIAMS,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 14-7126 |
| | : | |
| **MICHAEL WENEROWICZ, et al.,** | : | |
| Respondents | : | |

## O R D E R

**AND NOW**, this 31st day of May, 2016, upon careful and independent consideration of the Amended Petition for Writ of *Habeas Corpus* and the Petitioner's Memorandum of Law in Support of the Petition (Document #15); the Response of the Respondents thereto (Document #21); and the Petitioner's Reply (Document #25); and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Henry S. Perkin, there being no Objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of *Habeas Corpus* is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.